# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal
Local #10 Control Board Trust Fund

Case No. Civil 01-1371 DWF/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

KNG Mechanical of Marengo, Inc.

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant is in default and Plaintiffs are entitled to judgment against Defendants for delinquent fringe benefit contribution payments, together with interest, liquidated damages, audit fees, attorney fees in the amount of $800.00 and costs in the amount of $254.00. Plaintiffs' motion for injunctive relief is granted under the terms set forth in the attached Injunction, and Plaintiffs are not required to provide security under Federal Rule 65(c). That the Clerk of Court shall enter judgment in favor of Plaintiffs and against Defendant in the amount of $1,054.00. Upon completion of the compliance audit, Plaintiffs are directed to serve on Defendant and file with the U.S. District Court an Affidavit in support of amending the default judgment amount to reflect unpaid fringe benefit contributions, liquidated damages, interest and audit fees.

DATE: November 30, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk