# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local # 10 Control Board Trust Fund,

Plaintiffs,

vs.

KNG MECHANICAL OF MARENGO, INC., a Wisconsin corporation,

Defendant.

Civil File No. 0:01 CV 1371 DWF/SRN

**INJUNCTION**

Pursuant to this Court's Order dated November 30, 2001:

1. Defendant is to submit forthwith to Plaintiffs all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.

2. Defendant is to submit forthwith to Plaintiffs all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendant shall cooperate in all ways with this audit.

4. Defendant, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: November 30, 2001

BY THE COURT:

Donovan W. Frank
United States District Judge

NOV 30 2001
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________